IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RUBY TOMEATRE DENTON | ) | No. 22-01227-als7 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| | ) | Adversary No. 23-30009-als |
| RUBY TOMEATRE DENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION; NELNET, INCL. | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION FOR DISCHARGE OF PLAINTIFF'S
### UNITED STATES DEPARTMENT OF EDUCATION LOANS AND
### TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

The parties, Plaintiff Ruby Tomeatre Denton ("Plaintiff") and Defendant

United States Department of Education ("Defendant" or "Education") (collectively,

the "Parties"), by and through counsel, stipulate and agree as follows:

1. On November 13, 2022, Plaintiff filed a voluntary petition for relief

under Chapter 7 of the United States Bankruptcy Code.

2. On February 24, 2023, Plaintiff commenced the instant adversary

proceeding by filing a Complaint under 11 U.S.C. § 523(a)(8), seeking to discharge

various student loans because of alleged undue hardship.

3. As of March 7, 2023, Plaintiff owed $139,979.75 to Education, which

represents the balance of Plaintiff's student loans that are the subject of this

**Exhibit 1**
**1 of 5**

adversary proceeding (collectively, the "Education-held Student Loans").

4.      The Education-held Student Loans constitute student loans made, insured, or guaranteed by a government unit, or made under a program funded in whole or in part by a federal government unit, within the meaning of 11 U.S.C. § 523(a)(8).

5.      Upon review of documents, information, facts that Plaintiff attested to, and discovery provided, Defendant determined that Plaintiff satisfies the criteria for discharge due to an "undue hardship" discharge under 11 U.S.C. § 523(a)(8) based on Plaintiff's current and future financial condition. Plaintiff has a negative net monthly income, evidencing that Plaintiff cannot maintain a minimal standard of living if required to repay her Education-held Student Loans.

6.      In order to resolve this matter without the need for further litigation, the Parties agree that Plaintiff is entitled to a discharge of her Education-held Student Loans pursuant to 11 U.S.C. § 523(a)(8) as set forth below.

NOW, THEREFORE, the Parties, by counsel stipulate and agree as set forth below.

7.      Plaintiff satisfies the criteria for discharge under 11 U.S.C. § 523(a)(8) on the grounds of "undue hardship."

8.      As of September 27, 2023, Plaintiff owes student loans to Education as follows, principal of $108,789.68, and interest of $31,679.25 for a total of $140,468.93.

9.      Education agrees the loans for $140,468.93, plus any interest accruing thereafter, are dischargeable pursuant to 11 U.S.C. § 523(a)(8).

2

Exhibit 1
2 of 5

10.     Upon entry of an order approving this Stipulation, Defendant will adjust Plaintiff's loan amounts to reflect that the balance for the student loans at issue are $0, and it shall permanently write-off the debt pursuant to this Stipulation.

11.     Upon the entry of an order approving this Stipulation, the above-captioned adversary proceeding will be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) (as incorporated by Fed. R. Bankr. P. 7041), with the Parties bearing their own costs, expenses, and fees, including attorney's fees.

12.     The Parties agree this Stipulation resolves all claims either side may have against the other related to the student loans at issue and their dischargeability. Upon entry of an order approving this Stipulation, Plaintiff releases, remises, and forever discharges Defendant, its agencies, agents, officers, and employees, past and present, from all claims or causes of action (including administrative claims) which Plaintiff, her heirs, agents, assigns, representatives, and successors ever had, now have, or hereafter may have against Defendant, its agencies, agents, officers, and employees, past and present, in relation to the discharge of the Education-held Student Loans, all except for obligations arising under this Stipulation.

13.     This Stipulation does not address potential tax consequences from the discharge of Plaintiff's student loans. Any and all individual taxation consequences caused by this Stipulation are the sole and exclusive responsibility of Plaintiff. Education does not warrant or make any representation with respect to any tax consequences of this Stipulation. Nothing contained herein shall constitute a waiver by Plaintiff of any right to challenge any tax consequences of this Stipulation.

3

**Exhibit 1**
**3 of 5**

14.    This Stipulation contains all of the terms of the agreement between the Parties and is intended to be and is the final and sole agreement between the Parties. The Parties agree that any other prior or contemporaneous representations or understandings not explicitly contained herein, whether written or oral, are of no further legal or equitable force or effect. Any subsequent modifications to this Stipulation must be in writing and must be signed and executed by the Parties.

15.    The Parties represent and warrant that they have reviewed and understand the Stipulation and its contents. The Parties further represent and warrant that each has the power to execute, deliver, and perform their obligations under this Stipulation; that each has taken all necessary action to authorize the execution, delivery, and performance of this Stipulation; and that this Stipulation is enforceable in accordance with its terms.

16.    Based on this Stipulation, the Parties move for the Court to enter judgment in favor of Plaintiff

Respectfully Submitted,

Richard D. Westphal
United States Attorney

10/16/23
Date

By:    _____

Craig Peyton Gaumer
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9317
Fax: (515) 473-9282
Email: craig.gaumer@usdoj.gov

4

Exhibit 1
4 of 5

_10/6/23_
Date

Ruby Tomeatre Denton
**Debtor/Plaintiff**

_10-6-23_
Date

**Nancy Lee Thompson,**
**Attorney at Law**
**Iowa Legal Aid**
**666 Walnut Street**
**25th Floor**
**Des Moines, IA 50309**
**Tel: (515) 243-1198**
**Email: nthompson@iowalaw.org**

5

**Exhibit 1**
**5 of 5**